# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
)
)
Plaintiff )
vs. )  No.   CR 01-4 Erie
Kevin Henry )
)
)
Defendant )

HEARING ON  April 23, 2007   Supervised Release Violation

Before  Chief U. S. Magistrate Judge Susan Paradise Baxter

Marshall J. Piccinini, Esq., AUSA          Thomas W. Patton, Esq., Federal P.D.

Appear for Plaintiff                        Appear for Defendant

Hearing Begun  11:00                         Hearing Adjourned to  11:10 am

Hearing concluded C.A.V.                     Stenographer  Heather Naus
                                             CD:          Index:

WITNESSES
For Plaintiff                                For Defendant

Defendant waives prelim exam
Hearing set before Judge Cohill on 5/16/07