AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____PENNSYLVANIA_____

UNITED STATES OF AMERICA

V.

KEVIN HENRY

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: CR 01-4 ERIE

I, _____Kevin Henry_____, charged in a ☐ complaint  X petition

pending in this District __Western District of Pennsylvania_____

in violation of _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a        X examination   ☐ hearing   , do hereby waive (give up) my right to a preliminary   X examination   ☐ hearing.

4/23/07
Date

/s/ Kevin Henry
Defendant

/s/ [Counsel signature]
Counsel for Defendant