✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

WESTERN    DISTRICT OF    PENNSYLVANIA

UNITED STATES OF AMERICA

**NOTICE**

V.

KEVIN HENRY    CASE NUMBER:    1:01CR004 (Erie)

TYPE OF CASE:

☐ **CIVIL**    X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | |
|---|---|
| United States District Court<br>17 South Park Row<br>Erie, Pennsylvania 16501 | COURTROOM NO. A, Second Floor |
| | DATE AND TIME |

TYPE OF PROCEEDING

SUPERVISED RELEASE VIOLATION HEARING

X **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U. S. District Court<br>Courtroom A, Second Floor<br>17 South Park Row<br>Erie, PA 16501 | May 16, 2007 at 11:30 a.m. | **TUESDAY, MAY 15, 2007 AT 4:00 P.M.** |

MAURICE B. COHILL
United States District Judge

May 8, 2007    s/David J. Chobot
DATE    Deputy Clerk