1            IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA
2

3   UNITED STATES OF AMERICA        :
                                    :
4        v.                         : CR 01-4 ERIE
                                    :
5   KEVIN HENRY                     :

6

7

8        Hearing in the above-captioned matter held on Monday,

9   April 23, 2007, commencing at 11:00 a.m., before the

10  Honorable Susan Paradise Baxter, at the United States

11  Courthouse, Courtroom B, 17 South Park Row, Erie,

12  Pennsylvania 16501.

13

14

    For the United States of America:
15
         Marshall J. Piccinini, Esquire
16       United States Attorney's Office
         17 South Park Row, Rm. A330
17       Erie, Pennsylvania 16501

18

    For the Defendant:
19
         Thomas W. Patton Esquire
20       Federal Public Defender's Office
         1001 State Street
21       1111 Renaissance Center
         Erie, Pennsylvania 16501
22

23

24

25            Reported by Heather E. Nass
         Ferguson & Holdnack Reporting, Inc.

1      CLERK:  The case before the Court is United States of

2  America versus Kevin Henry.  It is docketed at Criminal No. 01-4

3  Erie.  Representing the government is Marshall Piccinini.

4  Representing the Defendant is Thomas Patton.

5      JUDGE BAXTER:  Good morning.  Sorry it took me so long, but

6  I thought I was being directed to do the revocation hearing and

7  there's a little problem with authority there.  Then we got it

8  straightened out.  It was just not placed on the docket by Ms.

9  Wallen, and that was confusing for me.

10      MR. PICCININI:  Your Honor, the purpose of today's hearing

11  is just, based upon the petition filed by Mr. Condi, just to

12  notify the Defendant of the charges against him, and then if he

13  wanted to have a preliminary hearing.  It's my understanding

14  from my brief discussion with Counsel that Mr. Henry is not

15  challenging the probable cause for the purposes of today's

16  hearing.  And once he's on notice today, obviously, has right to

17  counsel in the allegations against him.  Judge Cohill has

18  scheduled a revocation hearing for Wednesday May 16th at 11:30

19  a.m.

20      JUDGE BAXTER:  We would have just been able to go about 10

21  minutes ago if I had had that, which I did not.  I thought I

22  was -- and, you know, magistrate judges do do those things and

23  then write reports and recommendations on them, but I was

24  confused as to the purpose of the hearing.

25          Mr. Henry, do you have a copy of the revocation

1    charges against you?  You have the right to counsel, as you

2    know.

3        MR. HENRY:  Yes.

4        JUDGE BAXTER:  And you also have the right not to make any

5    statements at this hearing.  I'm going to ask the U.S. Attorney

6    to describe the charges against you in this revocation

7    proceeding, unless Mr. Patton has reviewed those with you.

8        MR. PATTON:  Your Honor, I've had a chance to review them

9    with Mr. Henry.  We went over the petition prior to today's

10   date.  Just under Rule 32.1B, Mr. Henry is entitled to a

11   preliminary hearing or the government would have to establish

12   probable cause that the violation occurred.  Having discussed

13   with Mr. Henry his rights to have that, the government put the

14   efforts on.  He's agreed to waive that, and we agree that there

15   is probable cause to proceed on the allegations in the petition,

16   and, ultimately, we'll appear in front of Judge Cohill.

17       JUDGE BAXTER:  And the date and time of that is?

18       MR. PICCININI:  Your Honor, it's May 16th, 2007 at 11:30.

19       JUDGE BAXTER:  And that will be here?

20       MR. PICCININI:  Yes, your Honor.

21       JUDGE BAXTER:  Is there anything else, Mr. Piccinini?

22       MR. PICCININI:  I don't believe so, Your Honor.

23       JUDGE BAXTER:  Anything else, Mr. Patton?

24       MR. PATTON:  No, Your Honor.  I don't need to make a

25   finding that there is probable cause.

1        JUDGE BAXTER:  You are going to waive the hearing.

2        MR. PATTON:  Right.  Do you have a waiver --

3        JUDGE BAXTER:  Yes, we have a waiver form, we just have to

4    print it out.

5        MR. PATTON:  Okay.

6        MR. PICCININI:  Just so the record is clear, Mr. Patton is

7    going to execute a signed waiver for the preliminary hearing.

8        JUDGE BAXTER:  That's correct.

9        MR. PATTON:  That's fine.

10        JUDGE BAXTER:  Because I can't make a finding on probable

11    cause if I don't know --

12        MR. PATTON:  That's fine.

13        MR. PICCININI:  And with regard to the Defendant's release,

14    he is in custody currently and Judge Cohill has already set a

15    $5,000 cash bond.

16        JUDGE BAXTER:  I saw that and I can't change that.

17        MR. PICCININI:  Right.

18        JUDGE BAXTER:  All right.  And that's cash bond?

19        MR. PICCININI:  Yes.

20        JUDGE BAXTER:  We're adjourned.  Thank you.

21

22            (Hearing concluded at 11:05 a.m.)

23

24

25

C E R T I F I C A T I O N

I, Heather E. Nass, a Court Reporter and

Notary Public in and for the Commonwealth of

Pennsylvania, do hereby certify that the foregoing

is a true and accurate transcript of my

stenographic notes in the above-captioned matter.


_____

Notary Public



Dated:_____