# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A.  )
)
)
)
vs. )
Kevin Henry )   CR. 01-4E
)
)
)
Defendants )

HEARING ON **S.R. Violation**

Before **Judge Cohill**

**Marshall Piccinini, AUSA** — Appear for Plaintiff

**Tom Patton, AFPD** — Appear for Defendant

Hearing Begun **2:01 5/15/07**

Hrg concluded C.A.V. **2:15 5/15/07**

Hrg Adjourned to —

Stenographer **S. Verger**

### WITNESSES

**For Plaintiff**

Δ Admits Violation
Cat I, Grade C Violation
Advisory range: 3-9 months

Judgment of sentence imposed: 6 mo. followed by
2 yr. S.R. All other conditions shall remain in full
force + effect

**For Defendant**

Δ Ex A - Transcripts Erie
Business Center