AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN  District of  PENNSYLVANIA

UNITED STATES OF AMERICA

V.

KEVIN HENRY

**WARRANT FOR ARREST**

Case Number: CRM 01-4 ERIE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    KEVIN HENRY
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  X Violation Notice  ☒ Probation Violation Petition

charging him or her with   (brief description of offense and 'in violation of Title _ of U.S.C., Section(s) _')

VIOLATION NOTICE - SEE ATTACHED

SUSAN D. PARMETER
Name of Issuing Officer

Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

APRIL 4, 2007     Erie, PA
Date and Location

Bail fixed at $ 5,000.00 BOND    by _____
                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant |
| ERIE COUNTY JAIL |

| DATE RECEIVED 4/4/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/17/07 | STEPHEN C. BARNES DUSM | |